Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIDVALE INDEMNITY COMPANY, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIETNAMESE TODAY NEWS, LLC, a Washington Limited Liability Company d/b/a NGUOI VIET NGAY NAY; TRI KIEN PHAM, a Washington Resident; and JESSE ROBBINS, a Washington Resident,<br><br>Defendants. | NO. 2:21-cv-1525-RSL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE DEFENDANTS' DEADLINES TO ANSWER COMPLAINT OR FILE FRCP 12 MOTION** |

This matter having come before the Court on Plaintiff Midvale Indemnity Company's ("Midvale") Motion for Order to Continue the Deadlines for Defendants Vietnamese Today News, LLC, d/b/a Nguoi Viet Ngay Nay; Tri Kien Pham; and Jesse Robbins (collectively, "Defendants") to Answer Midvale's Complaint or file a Motion under Fed. R. Civ. P. 12, and the Court having reviewed:

1. Plaintiff's Motion for Order to Continue Defendants' Deadlines to Answer or File a Motion under Fed. R. Civ. P. 12;

ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE DEFENDANTS' DEADLINES TO ANSWER COMPLAINT OR FILE FRCP 12 MOTION (2:21-cv-1525-RSL) - 1

7551130.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

Now, therefore being fully advised, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Midvale's Motion is GRANTED. Defendants have thirty (30) days from the date of this signed Order to answer or otherwise respond to Midvale's Complaint for Declaratory Judgment.

DATED this 17th day of March, 2022.

_____
The Honorable Robert S. Lasnik

**PRESENTED BY:**

*s/ Eliot M. Harris*
Eliot M. Harris, WSBA # 36590
*s/ Miles J. M. Stewart*
Miles J. M. Stewart, WSBA # 46067
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel:  (206) 628-6600
Fax:  (206) 628-6611
Email: eharris@williamskastner.com
          mstewart@williamskastner.com

*Attorneys for Plaintiff Midvale Indemnity Company*

ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE DEFENDANTS' DEADLINES TO ANSWER COMPLAINT OR FILE FRCP 12 MOTION (2:21-cv-1525-RSL) - 2

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7551130.1