UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIDVALE INDEMNITY COMPANY, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIETNAMESE TODAY NEWS, LLC, a Washington Limited Liability Company d/b/a NGUOI VIET NGAY NAY; TRI KIEN PHAM, a Washington Resident; and JESSE ROBBINS, a Washington Resident,<br><br>Defendants. | NO. 2:21-cv-1525-RSL<br><br>**ORDER GRANTING PLAINTIFF'S SECOND MOTION TO CONTINUE DEFENDANTS' DEADLINES TO ANSWER COMPLAINT OR FILE FRCP 12 MOTION** |

This matter comes before the Court on "Plaintiff's Second Motion to Continue Defendants' Deadlines to Answer Complaint or File FRCP 12 Motion." Dkt. # 13. The motion is unopposed and therefore GRANTED. Defendants have thirty (30) days from the date of this Order to answer or otherwise respond to Midvale's Complaint for Declaratory Judgment.

Dated this 15th day of April, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S SECOND MOTION TO CONTINUE DEFENDANTS' DEADLINES TO ANSWER COMPLAINT OR FILE FRCP 12 MOTION (2:21-cv-1525-RSL) - 1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600